## Dorsogna Estate.

Argued September 30, 1965.   Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Thomas M. Rutter, Jr.,* with him *Goehring, Martin & Rutter,* for appellant.

*David M. Harrison* and *James M. Houston,* with them *Harrison & Louik,* for appellees.

OPINION PER CURIAM, November 9, 1965:
Decree affirmed.   Each party to bear own costs.